AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
NOV 3 0 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Elizabeth Fret )
*Plaintiff* )
v. ) Civil Action No. 5:15cv710-OLG
Melton Truck Lines, Inc. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** It is therefore ORDERED that Defendants' Motion for Summary Judgment (docket no. 38) is GRANTED.
The Clerk of the Court is hereby instructed to close the case upon entry of this Order.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia

Date:   11/30/2016

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*