FILED

JAN 08 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIZABETH FRET | § § | |
| VS. | § § | ACTION NO. 5:15-CV-00710-OLG |
| MELTON TRUCK LINES, INC. and DARRELL EDMOND | § § § | |

## AGREED ORDER OF DISMISSAL

On the __8__ day of __January__, 2019, came on to be heard the Motion to Dismiss of Plaintiff, **ELIZABETH FRET**, as to Defendants **MELTON TRUCK LINES, INC. and DARRELL EDMOND**. After due notice, the parties appeared by their attorneys of record and announced to the Court that all matters in controversy between Plaintiff, **ELIZABETH FRET,** and Defendants, **MELTON TRUCK LINES, INC. and DARRELL EDMOND,** have been compromised and settled, and that Plaintiff no longer desires to prosecute her causes of action against Defendants, **MELTON TRUCK LINES, INC. and DARRELL EDMOND.** It appearing to the Court the agreement of the parties should be the Order of the Court,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, **ELIZABETH FRET**, against Defendants **MELTON TRUCK LINES, INC. and DARRELL EDMOND**, are hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all taxable court costs associated with this case shall be paid by the party incurring the costs.

SIGNED this __8__ day of ~~December~~ January, 2019.

_____
UNITED STATES DISTRICT JUDGE

{03718906.DOC / }

**AGREED:**

*[signature]*

Travis E. Venable
State Bar No: 24068577
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601
tvenable-svc@tjhlaw.com
**ATTORNEY FOR PLAINTIFF**

*[signature]*

LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
(210) 731-6350:  Telephone
(210) 785-2950:  Telefax
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**

{03718906.DOC / }